### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NET LEASE FUNDING 2005, LP, ) <br> ) <br> Defendant. ) | Case No. 2:18-cv-02589-JAR-JPO |

## **NOTICE OF SETTLEMENT**

Plaintiff FRED NEKOUEE and Defendant NET LEASE FUNDING 2005, LP, jointly advise the Court that they have reached a settlement. The parties anticipate filing a Stipulation of Dismissal in the next 30 days.

2

LEWIS, THOMASON
KING, KRIEG & WALDROP, P.C.

By:  */s/ Ryan N. Clark*
        Ryan N. Clark, D. Kan #78809

424 Church Street, Suite 2500
Post Office Box 198615
Nashville, Tennessee 37219
Telephone: 615.259.1366
Facsimile: 615.259.1389

and

SHOOK, HARDY & BACON L.L.P.

W. Clark Richardson, KS #27740
2555 Grand Blvd.
Kansas City, Missouri  64108
Telephone:  816.474.6550
Facsimile:  816.421.5547
*Attorneys for Defendant*
*Net Lease Funding 2005, LP*

LAW OFFICES OF ROBERT J. VINCZE

By:    */s/ Robert J. Vincze* (by RNC with permission by email 03/22/19)
        Robert J. Vincze, KS #14101

PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email:  vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

2

A copy of the foregoing was filed and served via the Court's ECF system, which sent notification to all counsel of record, this 22nd day of March, 2019, including:

  Robert J. Vincze (KS #14101)
  Law Offices of Robert J. Vincze
  PO Box 792
  Andover, Kansas 67002
  Phone: 303-204-8207
  Email:  vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*


 /s/ *Ryan N. Clark*

*Attorney for Defendant*
*Net Lease Funding 2005, LP*